UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED

2013 JUN 14 A 9:09

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 2:13-mj-79-GZS |
| ) | |
| MICHAEL MURPHY ) | |

## MOTION FOR DETENTION

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because the case involves:

    \_\_\_\_ Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

    \_\_\_\_ Crime of violence

    \_\_\_\_ Maximum sentence life imprisonment or death

    _X_ 10+ year drug offense

    \_\_\_\_ Felony, with two prior convictions in above categories

    \_\_\_\_ Felony involving a minor victim, a firearm, destructive device or dangerous weapon or failure to register as a sex offender

    _X_ Serious risk defendant will flee

    _X_ Serious risk obstruction of justice

2. <u>Reasons for Detention</u>. The court should detain the defendant because there are no conditions of release which will reasonably assure:

    _X_ Defendant's appearance as required

    _X_ Safety of any other person and the community

3. <u>Rebuttable Presumption</u>.  The United States will invoke the rebuttable presumption against the defendant under 18 U.S.C. § 3142(e).  The presumption applies because:

    __X__  Probable cause to believe the defendant committed an offense specified in 18 U. S. C. §3142(e) involving: drugs; firearms; terrorism; a minor victim; or conduct outside of the United States.

    _____  Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Date of Detention Hearing</u>.  The United States requests that the detention hearing be held after a continuance of 3 days.

5. <u>Length of Detention Hearing</u>.  The United States will require 1 hour to present its case for detention.

Date: June 14, 2013

                                                      THOMAS E. DELAHANTY II
                                                    United States Attorney

                                                    /s/ Daniel J. Perry
                                                    Daniel J. Perry
                                                    Assistant United States Attorney
                                                    United States Attorney's Office
                                                    100 Middle Street
                                                    Portland, Maine 04101
                                                    (207) 780-3257
                                                    daniel.perry@usdoj.gov