SCANNED

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v.<br><br>MICHAEL MURPHY | )<br>)<br>) Criminal No. 2:13-cr-115-NT<br>) (21 U.S.C. §§ 841(a)(1), 841(b)(1)(C)<br>)<br>) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On June 13, 2013, in the District of Maine and elsewhere,

**MICHAEL MURPHY**

knowingly and intentionally possessed with intent to distribute a mixture or substance containing oxycodone, in violation of Title 21, United States Code, Section 841(a)(1). It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(C) apply to the conduct described herein.

A TRUE BILL,

Signature redacted. Original on file
_____
FOREPERSON

_____
Assistant United States Attorney
Date: 6/18/13