SCANNED

## Synopsis

| | |
|---|---|
| **Name:** | Michael Murphy |
| **Address:** (City & State Only) | Harrison, ME |
| **Year of Birth and Age:** | 1960; 52 y.o. |
| **Violations:** | <u>Count One</u>: Possess with intent to distribute oxycodone, in violation of 21 U.S.C. § 841(a)(1). |
| **Penalties:** | <u>Count One</u>: Imprisonment of not more than twenty years, and a fine not to exceed one million dollars ($1,000,000), or both (21 U.S.C §841(b)(1)(C). <br><br> This is a Class C felony pursuant to 18 U.S.C. § 3559(a)(1). |
| **Supervised Release:** | <u>Count One</u>: Not less than 3 years but not more than life. 21 U.S.C. § 841(b)(1)(C). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | <u>Count One</u>: Not more than two years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | <u>Count One</u>: Life less any term of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583. |
| **Defendant's Attorney:** | Beneman |
| **Primary Investigative Agency and Case Agent Name:** | USPIS Taylor |
| **Detention Status:** | In Custody |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Cumberland |
| **AUSA:** | Daniel J. Perry |
| **Guidelines apply? Y/N** | Yes |

| | |
|---|---|
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | None |
| **Assessments:** | $100 per count |