**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Crim No. 2:13-cr-115-NT |
| ) | |
| MICHAEL MURPPHY ) | |

**GOVERNMENT'S VERSION OF THE OFFENSE**

Had the case proceeded to trial, the evidence would have shown that from approximately September 2012, through and until June 13, 2013, defendant Murphy was obtaining oxycodone pills through the mail from a source of supply in Florida and Murphy in turn then distributed some of the pills in the Harrison, Maine area.

The evidence would include testimony from lay witnesses, law enforcement personnel involved in the investigation, and postal records.

The evidence would show that from September 2012, and continuing through May 2013, approximately twenty-two (22) Express Mail packages were mailed from a Palm Harbor, Florida addressed to Michael Murphy, 32 Dillon Rd, Harrison, ME 04040.  The listed sender on a majority of the packages from Palm Harbor, FL was M. Serritella, 101 Mayfair Circle W, or 101 Mayfair Drive, Palm Harbor, FL 34683.  These packages consistently weighed between two ounces and six ounces.  Records also reflect that approximately sixteen (16) Express Mail packages were mailed from September 2012 through and until May 2013, from M. Murphy, 32 Dillon Rd, Harrison, ME 04040 addressed to 101 Mayfair Circle West, Palm Harbor, FL 34683 bearing the addressee names Mike Sarratella, M. Sarratella, or Mike Murphy.

1

On June 13, 2013, law enforcement personnel in Maine intercepted a package addressed to Michael Murphey, 32 Dillon Rd, Harrison, ME 04040 with a return address of M. Serritella, 101 Mayfair Cir. W, Palm Harbor, FL 34683. The package was an Express Mail envelope weighing approximately 5 ounces. Law enforcement obtained a search warrant to search the package and the ensuing search revealed approximately 345 oxycodone pills and a note addressed to "Merf" that discussed sending back pills that could not be moved.

Law enforcement subsequently arrested defendant Murphy after he arrived at the post office and took possession of the package.

Agents later executed a federal search warrant on defendant Murphy's residence where they discovered the following firearms:

- Feather Ind. Inc., AT-9, 9mm rifle, Serial #A95448,
- GSG-5, .22LR rifle, Serial #A330924,
- Mauser, Gewehr 98, 8mm rifle, Serial #Unknown,
- Mossberg, 500C, 20 gauge pump-action shotgun, Serial #L997781,
- Mossberg, 500A, 12 gauge pump-action shotgun, Serial #P875212,
- Smith & Wesson, M&P-15, 5.56mm machine gun, Serial #SN68173,
- Smith & Wesson, SW40VE, .40 pistol, Serial #RBN4539,
- Sturm, Ruger & Co., Mark II Target, .22LR pistol, Serial #221-85903.

The evidence would also include testimony from an ATF interstate nexus expert who would testify that each of these guns was manufactured outside the State of Maine. In addition, an expert would testify that the Smith and Wesson machine gun had been modified to operate in a fully automatic mode.

Lastly, the evidence would include documentation showing that defendant was convicted of the criminal offense of manufacturing marijuana, third degree, Circuit Court, Sixth Judicial Court, Pinellas, Florida, Dkt. No. CRC02-09525CFANO, on November 4, 2002, which is a crime punishable by a term of imprisonment exceeding one year.

Dated at Portland, Maine this 6th day of November 2013.

/s Daniel J. Perry
Daniel J. Perry
Assistant U.S. Attorney
U.S. Attorneys Office
100 Middle St.
Portland, ME 04101

# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

## CERTIFICATE OF SERVICE

      I hereby certify that I have caused the foregoing Government's Version of the Offense to be filed with the court using the ECF system, which will send a copy to:

David Beneman, Esq.

Dated: November 6, 2013                                    /s/ Daniel J. Perry
                                                                         Daniel J. Perry
                                                                         Assistant U.S. Attorney