AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Maine

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED

2013 NOV -7  P 3: 39

DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  2:13-cr-115-NT |
| Michael Murphy | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 11/07/2013

*Defendant's signature*

*Signature of defendant's attorney*

David R. Beneman, Esq.
*Printed name of defendant's attorney*

*Judge's signature*

Nancy Torresen, U.S. District Judge
*Judge's printed name and title*