## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim No. 13- CR-115-NT |
| ) | (21 U.S.C. §§ 841(a)(1), 841(b)(1)(C); 18 U.S.C. |
| ) | §§ 922(g)(1), 922(o), 924(a)(2)) |
| v. ) | |
| ) | |
| MICHAEL MURPHY ) | |

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED
2013 NOV -7 P 3:39

DEPUTY CLERK

### SUPERSEDING INFORMATION

The United States Attorney charges:

### COUNT ONE

From about September, 2012 through and until at least June 13, 2013, in the District of Maine and elsewhere, defendant:

### MICHAEL MURPHY

conspired with persons known and unknown to the Grand Jury to distribute a mixture or substance containing oxycodone, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(C) apply to the conduct described herein.

### COUNT TWO

On June 13, 2013, in the District of Maine,

### MICHAEL MURPHY

having been convicted of the following crime punishable by a term of imprisonment exceeding one year, specifically:

    Manufacturing marijuana, third degree, Circuit Court, Sixth Judicial Court, Pinellas,

    Florida, Dkt. No. CRC02-09525CFANO, November 4, 2002,

knowingly possessed, in and affecting commerce, the following firearms:

- Feather Ind. Inc., AT-9, 9mm rifle, Serial #A95448,
- GSG-5, .22LR rifle, Serial #A330924,

- Mauser, Gewehr 98, 8mm rifle, Serial #Unknown,
- Mossberg, 500C, 20 gauge pump-action shotgun, Serial #L997781,
- Mossberg, 500A, 12 gauge pump-action shotgun, Serial #P875212,
- Smith & Wesson, M&P-15, 5.56mm machine gun, Serial #SN68173,
- Smith & Wesson, SW40VE, .40 pistol, Serial #RBN4539,
- Sturm, Ruger & Co., Mark II Target, .22LR pistol, Serial #221-85903,

in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

## COUNT THREE

On June 13, 2013, in the District of Maine,

## MICHAEL MURPHY

did knowingly possess a machinegun, that is, a Smith & Wesson, M&P-15, 5.56mm machine gun, Serial #SN68173, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

_11-5-13_
Date

_[signature]_
(Assistant) United States Attorney