## Superseding Information Synopsis

| | |
|---|---|
| **Name:** | Michael Murphy |
| **Address:** (City & State Only) | Harrison, ME |
| **Year of Birth and Age:** | 1960; 53 y.o. |
| **Violations:** | Count One: Conspiracy to distribute/possess with intent to distribute oxycodone, in violation of 21 U.S.C. § 841(a)(1); <br><br> Count Two: Felon in Possession of a firearm, 18 U.S.C. 922(g)(1); <br><br> Count Three: Possession of a Machine Gun, 18 U.S.C. 922(o) |
| **Penalties:** | Count One: Imprisonment of not more than twenty years, and a fine not to exceed one million dollars ($1,000,000), or both (21 U.S.C §841(b)(1)(C). <br><br> Counts Two and Three: Imprisonment of not more than ten years, and a fine not to exceed two hundred fifty thousand dollars ($250,000), or both (18 U.S.C §924(a)(2). <br><br> Each of these counts is a Class C felony pursuant to 18 U.S.C. § 3559(a)(1). |
| **Supervised Release:** | Count One: Not less than 3 years but not more than life. 21 U.S.C. § 841(b)(1)(C). <br><br> Counts Two and Three: Not more than 3 years, 18 U.S.C. § 3583(b). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Each Count: Not more than two years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Count One: Life less any term of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583. <br><br> Counts Two and Three: 3 Years less any term of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583. |

SCANNED

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED
2013 NOV -7 P 3:39
DEPUTY CLERK

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED
2013 OCT 31 P 1:10
DEPUTY CLERK

| | |
|---|---|
| **Defendant's Attorney:** | Beneman |
| **Primary Investigative Agency and Case Agent Name:** | USPIS Taylor |
| **Detention Status:** | In Custody |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Cumberland |
| **AUSA:** | Daniel J. Perry |
| **Guidelines apply?  Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | None |
| **Assessments:** | $100 per count |