UNITED STATES PROBATION AND PRETRIAL SERVICES OFFICE
DISTRICT OF MAINE

*Request for Extension to File Presentence Report*          Date:     February 6, 2013

| | | | |
|---|---|---|---|
| To: | The Honorable Nancy Torresen<br>U.S. District Court Judge | Subject: | U.S. v. Michael Murphy<br>2:13CR00115-001 |
| From: | Melissa A. Elworthy<br>U.S. Probation Officer | | |

The probation office requested an extension of filing of the presentence report previously; however, did not allow itself for enough time to complete the report in the timeframe. Therefore, an additional ten days is requested to complete the report.  I am requesting the Court approve a new disclosure date of 02/18/14.

As always, I am available at the Court's convenience should there be any questions about the contents of this memorandum.

Requested By:                                               Approved By:

Melissa A. Elworthy                                         Timothy J. Duff
U.S. Probation Officer                                      Supervisory U.S. Probation