UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

United States of America,                    )
                             Plaintiff,      )
                                             )      Docket No. 2:13-CR-115-001
v.                                           )
                                             )
Michael Murphy,                              )
                             Defendant.      )
                                             )
                                             )

SATISFACTION OF JUDGMENT

The monetary penalty(s) imposed in the above-captioned action entered on June 4, 2014 has/have been

satisfied and paid in full.

Dated:        December 30, 2015

THOMAS E. DELAHANTY II
United States Attorney


 /s/ Andrew K. Lizotte
Assistant U.S. Attorney
United States Attorney's Office
100 Middle Street, East Tower, 6th Floor
Portland, Maine 04101
207-780-3257
Andrew.Lizotte@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2015, I electronically filed a Satisfaction of Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the attorneys of record.

THOMAS E. DELAHANTY II
United States Attorney


/s/ Andrew K. Lizotte
ANDREW K. LIZOTTE
Assistant U.S. Attorney
United States Attorney's Office
100 Middle Street, East Tower, 6th Floor
Portland, Maine 04101
207-780-3257
Andrew.Lizotte@usdoj.gov